

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00238-CV

**U-HAUL CO. OF TEXAS,**

                                                            **Appellant**

 **v.**

**STEVEN SUMMERS, JR.,**

                                                            **Appellee**

**From the 85th District Court
Brazos County, Texas
Trial Court No. 15-002178-CV-85**

## O R D E R

Appellant's reply brief is due May 8, 2019.  A motion for extension of time has been filed in which appellant requests a 30 day extension to file its reply brief.  Appellee does not oppose this motion.

Accordingly, the motion is granted.  Appellant's reply brief is due June 7, 2019.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Motion granted
Order issued and filed May 8, 2019

